IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:95-cr-20078-SHM |
| | ) |
| RONALD BERNARD FLEMING, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING LEAVE TO RESPOND

Before the Court is Defendant's November 27, 2023 Amended Motion for Compassionate Release. (ECF No. 99.) Defendant previously moved for compassionate release on January 16, 2022. (ECF No. 98.) No action was taken on the motion, and the case was subsequently transferred to this Court on December 11, 2023. The government is granted ten (10) days to respond to Defendant's motion.

IT IS SO ORDERED.

ENTERED this 13th day of December, 2023.

*/s/ Samuel H. Mays, Jr*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE